**Order entered October 4, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-00560-CR
No. 05-16-00561-CR
No. 05-16-00562-CR
No. 05-16-00563-CR

**MERCEDES M. BIGGURS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F08-57650-U, F14-70586-U, F14-70971-U, and F14-75674-U**

## ORDER

We **GRANT** appellant's September 30, 2016 motions to extend time for filing appellant's briefs. We **ORDER** the briefs be filed no later than November 4, 2016.

/s/      LANA MYERS
            JUSTICE